**UNITED STATES of America, Plaintiff-Appellee**

v.

**Jorge Alejandro LOPEZ-PONCE, also known as Gerardo Anaya Gonzalez, Defendant-Appellant**

No. 17-40030
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Filed October 24, 2017

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Jorge Alejandro Lopez-Ponce, Pro Se

Before KING, OWEN, and HIGGINSON, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The attorney appointed to represent Jorge Alejandro Lopez-Ponce has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Lopez-Ponce has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.